BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAUL EDWARD MONK<br><br>  Defendant and Judgment Debtor. | Misc. Case No. 1:10-MC-00009 AWI<br><br>(1:08CR00365-001-AWI) |
| ANGELA LOOPER, a.k.a. ANGELA ROSE ROUTSALA, as CONSERVATOR for PAUL EDWARD MONK and in her individual capacity,<br><br>  Garnishee. | APPLICATION TO QUASH WRIT AGAINST GARNISHEE AND ORDER |

   The United States of America hereby requests an order to quash the Writ of Execution/Garnishment of issued against Garnishee, ANGELA LOOPER, in her personal and official capacity.  After the writ was served upon the Garnishee, she failed to file an answer or response.  A deposition was noticed for ANGELA LOOPER. Ms. Looper appeared and provided documents to the United States showing that she is no longer the conservator for Paul Edward Monk and that she, both in her official capacity and in her personal capacity, holds no property and/or accounts belonging to the

Defendant, PAUL EDWARD MONK . The current conservator for PAUL EDWARD MONK, at the request of Ms. Looper, attended the deposition and provided the information sought by the United States. Accordingly, the United States requests that the writ issued against ANGELA LOOPER, in her personal and official capacity, be quashed.

Dated: _____

BENJAMIN B. WAGNER
United States Attorney

By: _____
ANA MARIA MARTEL
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: November 17, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE